**Brodus and Aura PARHAM, Plaintiffs-Appellants,**

v.

**Sherry Johanne EDWARDS and Marvin E. Turner, Defendants-Appellees.**

No. 72–3001

**Summary Calendar.**[*]

United States Court of Appeals, Fifth Circuit.

Jan. 16, 1973.

J. S. Hutto, Brunswick, Ga., for plaintiffs-appellants.

---

[*] Honorable Lawrence Gubow, United States District Judge, Eastern District of Michigan, sitting by designation.

Anthony D. Smith, Albert Fendig, Jr., Brunswick, Ga., for defendants-appellees.

Before GEWIN, AINSWORTH and SIMPSON, Circuit Judges.

PER CURIAM:

For reasons sufficiently stated by the District Court, 346 F.Supp. 968 (S.D. Georgia 1972), the judgment is affirmed.